## Columbus Taylor, Plaintiff-Appellant, v. Ollie Brown, Defendant-Appellee.

### Gen. No. 48,144. 

First District, First Division.

May 26, 1961.

Rehearing denied June 29, 1961.

Prescott, Burroughs, Taylor & Carey, of Chicago (A. M. Burroughs, of counsel), for appellant; Haft, Shapiro & Davis, of Chicago (Morris A. Haft and Bernard Davis, of counsel), for appellee. Opinion by JUSTICE BURMAN. **Not to be published in full.**